WILLIAM L. VEEN, NO. 043150
ANTHONY L. LABEL, NO. 205920
OLIVER E. VALLEJO, NO. 195998
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

ATTORNEYS FOR PLAINTIFFS
LIN CHUNG YANG and MIAOTING WANG YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN CHUNG YANG and MIAOTING WANG YANG,<br><br>Plaintiffs,<br><br>v.<br><br>SWISSPORT USA, INC.,<br><br>Defendants. | CASE NO. 3:09-cv-03823-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, and have agreed to participate in private mediation, provider to be determined. Mediation will be completed by September 1, 2010.

So Stipulated:

DATED: November 23, 2009                THE VEEN FIRM, P.C.


By: _____/s/_____
   Anthony L. Label
   Attorneys for Plaintiffs
   LIN CHUNG YANG and MIAOTING
   WANG YANG

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | | |
|---|---|---|
| DATED: November 23, 2009 | | MENDES & MOUNT, LLP |
| | By: | _____ |
| | | Garth W. Aubert |
| | | Attorneys for Defendant |
| | | SWISSPORT USA, INC. |

| | | |
|---|---|---|
| DATED: November ___, 2009 | | WIGGINS, RICHARD & ROMANO |
| | By: | _____ |
| | | Troy Dean Wiggins, Esq. |
| | | Attorneys for Lienholder/Intervenor |
| | | AMERICAN HOME ASSURANCE COMPANY |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR. The deadline to complete the ADR session is [September 1, 2010] _____.

**IT IS SO ORDERED**

Dated: _____    By: _____
Hon. Maria-Elena James
United States District Court Magistrate Judge
Northern District of California

215875_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

DATED: November ___, 2009          MENDES & MOUNT, LLP

                                   By: _____
                                       Garth W. Aubert
                                       Attorneys for Defendant
                                       SWISSPORT USA, INC.


DATED: November 23, 2009           WIGGINS, RICHARD & ROMANO

                                   By: _____
                                       Troy Dean Wiggins, Esq.
                                       Attorneys for Lienholder/Intervenor
                                       AMERICAN HOME ASSURANCE
                                       COMPANY


**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR. The deadline to complete the ADR session is [September 1, 2010] _____.

**IT IS SO ORDERED**

Dated: _____              By: _____
                                     Hon. Maria-Elena James
                                     United States District Court Magistrate Judge
                                     Northern District of California

215875_1.doc

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com