IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIN-CHUNG YANG,

Plaintiff,

v.

SWISSPORT USA INC.,

Defendant.
_______________________________/

No. C 09-03823 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 25, 2010 at 3:00 p.m.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 24, 2010.

DESIGNATION OF EXPERTS: 10/1/10; REBUTTAL: 10/29/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 10, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by January 7, 2011;

Opp. Due January 21, 2011; Reply Due January 28, 2011;

and set for hearing no later than February 11, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 1, 2011 at 3:30 PM.

JURY TRIAL DATE: MARCH 14, 2011 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to add new parties or file motions to add parties is May 28, 2010. Private mediation shall be completed before 9/24/10. By 4/30/10, counsel shall inform the Court of the mediator selected and the date of the session.
The parties have agreed to the following: 1) 45 Document Requests, 2) California Form Interrogatories plus 45 special interrogatories, 3) 45 Requests for Admissions, 4) Deft. to subpoena plaintiff's medical records.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California