IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN CHUNG YANG, *et al.*, | No. C 09-3823 SI |
| Plaintiffs, | **ORDER GRANTING NEW HAMPSHIRE INSURANCE COMPANY'S MOTION TO INTERVENE** |
| v. | |
| SWISSPORT USA, INC., | |
| Defendant. | |

New Hampshire Insurance Company has filed a motion for leave to intervene in this case as a plaintiff. Plaintiffs Lin Chung Yan and Miaoting Wang Yang, and defendant Swissport USA, Inc., have filed a statement of non-opposition to the motion.

Accordingly, the Court GRANTS New Hampshire Insurance Company's motion to intervene, and VACATES the May 14, 2010 hearing on the matter. (Docket No. 25). New Hampshire Insurance Company shall file the complaint in intervention no later than **May 7, 2010**.

**IT IS SO ORDERED.**

Dated: May 4, 2010

SUSAN ILLSTON
United States District Judge