1  Garth W. Aubert, Bar No. 162877
   Courtney P. McIntire, Bar No. 246299
2  FITZPATRICK & HUNT,
   TUCKER, COLLIER, PAGANO, AUBERT, LLP
3  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
4  (213) 873-2100
   (213) 873-2125 Fax
5  garth.aubert@fitzhunt.com
   courtney.mcintire@fitzhunt.com
6
   Attorneys for Defendant(s)
7  Swissport USA, Inc.

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   Lin Chung Yang, et al.,           )   Case No.: 3:09-cv-03823-SI
12                                    )
                    Plaintiff(s),     )   NOTICE OF SUBSTITUTION
13                                    )   OF ATTORNEY AND PROPOSED
         vs.                          )   ORDER
14                                    )
   Swissport USA, Inc.,               )
15                                    )
                    Defendant(s).     )
16                                    )

17

18

19       Defendant, Swissport USA, Inc., hereby substitutes Garth W. Aubert of Fitzpatrick &

20  Hunt, Tucker, Collier, Pagano, Aubert, LLP as its attorney of record in place of Mendes &

21  Mount, LLP.

22       Swissport USA, Inc. consents to this substitution.

23                                        Swissport USA, Inc.

24
    Dated: 5/24/10                        By: _____
25
                                          Title: Vice President & General Counsel
26

27

28

---

Defendant Swissport's Notice of Substitution of Attorney          3:09-cv-03823-SI
                                          1

Mendes & Mount, LLP, as the counsel substituting out, consents to this substitution.

Mendes & Mount, LLP

Dated: June 2, 2010

By: _____
Robert Flannery

Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, 633 W. Fifth Street, 60th Floor, Los Angeles, California, 90071, as the counsel substituting in, consents to this substitution. Garth W. Aubert of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, formerly of Mendes & Mount, LLP, where he was an attorney of record for Swissport USA, Inc., will continue as an attorney of record for Swissport USA, Inc. with the firm substituting in.

Garth W. Aubert, Bar No. 162877
garth.aubert@fitzhunt.com

Fitzpatrick & Hunt,
Tucker, Collier, Pagano, Aubert, LLP

Dated: 6/2/10

By: _____
Garth W. Aubert

It is so ordered.

ORDER

Dated: _____
Susan Illston
United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

Yang v. Swissport USA, Inc.
USDC Case No.: 09-cv-03823 SI
Our File No.: 398,979

## CERTIFICATE OF SERVICE

I, Angelina Hernandez, hereby certify that on June 2, 2010, I caused to be electronically filed a true and correct copy of **NOTICE OF SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for all parties:

| | |
|---|---|
| Oliver E. Vallejo, Esq.<br>Anthony Label, Esq.<br>The Veen Firm<br>711 Van Ness Avenue, Suite 220<br>San Francisco, CA 94102 | Telephone: (415) 673-4800<br>Facsimile:  (415) 771-5845<br>*Attorneys for Plaintiffs*<br>LIN CHUNG YANG & MIAOTING WANG YANG |
| Troy D. Wiggins<br>Wiggins, Richard & Romano, LLP<br>100 Bush Street, 23rd Floor<br>San Francisco, CA 94104 | Telephone: (415) 291-1997<br>Facsimile: (415) 291-1996<br>*Attorneys for Intervenor*<br>AMERICAN HOME ASSURANCE COMPANY |
| Troy D. Wiggins<br>Wiggins, Richard & Romano, LLP<br>100 Bush Street, 23rd Floor<br>San Francisco, CA 94104 | Telephone: (415) 291-1997<br>Facsimile: (415) 291-1996<br>*Attorneys for Intervenor*<br>NEW HAMPSHIRE INSURANCE COMPANY |

Executed at Los Angeles, California, on this 2nd day of June, 2010.

*/s/ Angelina Hernandez*
Angelina Hernandez