```
 1  Garth W. Aubert, Bar No. 162877
    Courtney P. McIntire, Bar No. 246299
 2  FITZPATRICK & HUNT,
    TUCKER, COLLIER, PAGANO, AUBERT, LLP
 3  633 West Fifth Street, 60th Floor
    Los Angeles, CA 90071
 4  (213) 873-2100
    (213) 873-2125 Fax
 5  garth.aubert@fitzhunt.com
    courtney.mcintire@fitzhunt.com
 6
    Attorneys for Defendant(s)
 7  Swissport USA, Inc.
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11
    Lin Chung Yang, et al.,              )   Case No.: 3:09-cv-03823-SI
12                                       )
                      Plaintiff(s),      )   NOTICE OF SUBSTITUTION
13                                       )   OF ATTORNEY AND PROPOSED
          vs.                            )   ORDER
14                                       )
    Swissport USA, Inc.,                 )
15                                       )
                      Defendant(s).      )
16                                       )
17
18
19       Defendant, Swissport USA, Inc., hereby substitutes Courtney P. McIntire of Fitzpatrick &
20  Hunt, Tucker, Collier, Pagano, Aubert, LLP as its attorney of record in place of Mendes &
21  Mount, LLP.
22       Swissport USA, Inc. consents to this substitution.
23                                           Swissport USA, Inc.
24
    Dated: 5/24/10                       By: _____
25
                                             Title: Vice President & General Counsel
26
27
28
```

Defendant Swissport's Notice of Substitution of Attorney                    3:09-cv-03823-SI

1

Mendes & Mount, LLP, as the counsel substituting out, consents to this substitution.

Mendes & Mount, LLP

Dated: June 2, 2010          By: /s/ Robert Flannery
                                  Robert Flannery

Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, 633 W. Fifth Street, 60th Floor, Los Angeles, California, 90071, as the counsel substituting in, consents to this substitution. Courtney P. McIntire of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, formerly of Mendes & Mount, LLP, where she was an attorney of record for Swissport USA, Inc., will continue as an attorney of record for Swissport USA, Inc. with the firm substituting in.

Courtney P. McIntire, Bar No. 246299
courtney.mcintire@fitzhunt.com

Fitzpatrick & Hunt,
Tucker, Collier, Pagano, Aubert, LLP

Dated: 5/25/10          By: /s/ Courtney P. McIntire
                            Courtney P. McIntire

**ORDER**

It is so ordered.

Dated: _____          /s/ Susan Illston
                            United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA )  
                     ) ss.  
COUNTY OF LOS ANGELES )

Yang v. Swissport USA, Inc.  
USDC Case No.: 09-cv-03823 SI  
Our File No.: 398,979

## CERTIFICATE OF SERVICE

I, Angelina Hernandez, hereby certify that on June 2, 2010, I caused to be electronically filed a true and correct copy of **NOTICE OF SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record for all parties:

| | |
|---|---|
| Oliver E. Vallejo, Esq.<br>Anthony Label, Esq.<br>The Veen Firm<br>711 Van Ness Avenue, Suite 220<br>San Francisco, CA 94102 | Telephone: (415) 673-4800<br>Facsimile: (415) 771-5845<br>*Attorneys for Plaintiffs*<br>LIN CHUNG YANG & MIAOTING WANG YANG |
| Troy D. Wiggins<br>Wiggins, Richard & Romano, LLP<br>100 Bush Street, 23rd Floor<br>San Francisco, CA 94104 | Telephone: (415) 291-1997<br>Facsimile: (415) 291-1996<br>*Attorneys for Intervenor*<br>AMERICAN HOME ASSURANCE COMPANY |
| Troy D. Wiggins<br>Wiggins, Richard & Romano, LLP<br>100 Bush Street, 23rd Floor<br>San Francisco, CA 94104 | Telephone: (415) 291-1997<br>Facsimile: (415) 291-1996<br>*Attorneys for Intervenor*<br>NEW HAMPSHIRE INSURANCE COMPANY |

Executed at Los Angeles, California, on this 2nd day of June, 2010.

*Angelina Hernandez*  
Angelina Hernandez